IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | CASE NO. 2:17-CR-382-WKW [WO] |
| SAMUEL DEAN PENDERGRASS. | ) ) ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 13.) There being no timely objection filed to the Recommendation, and based on an independent review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 13) is ADOPTED;

2. Defendant's Motion to Dismiss Indictment (Doc. # 10) is DENIED.

DONE this 9th day of November, 2017.

                                         /s/ W. Keith Watkins
                               CHIEF UNITED STATES DISTRICT JUDGE